**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GEORGE SISCO, as LEGAL GUARDIAN of R.S., a MINOR,** | |
| **Plaintiff,** | **CASE NO.: 2:25-cv-03813-JS** |
| **v.** | |
| **ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50,** | |
| **Defendants.** | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the above-referenced action in its entirety without prejudice.

Dated: July 25, 2025

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

*/s/ Adam J. Gomez*
Adam J. Gomez (PA Bar # 317145)
Tudor I. Farcas (PA Bar # 316541)
Garrett A. Gittler (PA Bar # 325915)
123 Justison Street, 6th Floor
Wilmington, DE 19801
Phone: (302) 622-7000
Fax: (302) 622-7100
agomez@gelaw.com
tfarcas@gelaw.com
ggittler@gelaw.com

*Attorneys for Plaintiffs*

1